```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Rebecca Rutherford (ashley_maddox@txnd.uscourts.gov,
blake_glatstein@txnd.uscourts.gov, douglass_brown@txnd.uscourts.gov,
erin_elms@txnd.uscourts.gov, joseph_glatstein@txnd.uscourts.gov,
judge_rutherford_ecfdocs@txnd.uscourts.gov, lavenia_price@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14429583@txnd.uscourts.gov
Subject:Activity in Case 22-1092 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: <u>Judges' Copy Requirements.</u> Click here to see <u>Judge Specific Requirements.</u> Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. <u>Forms and Instructions</u> found at <u>www.txnd.uscourts.gov</u>. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered on 12/1/2022 at 1:59 PM CST and filed on 11/29/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | <u>3:22–mj–01092–BT *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 5) of Stephen Alexander Boyles, Pedro Jose Mendez Garza. Case Number 5:22–CR–50058 from U.S. District Court for Western District of Arkansas, Fayetteville Division. (mcrd)**


**3:22–mj–01092–BT *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

**3:22–mj–01092–BT *SEALED*–2 No electronic public notice will be sent because the case/entry is sealed.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: REBECCA RUTHERFORD | |
|---|---|
| DEPUTY CLERK: L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 10:33 – 10:36 |
| A.M.      P.M. | DATE: November 30, 2022 |

☐ MAG. NO.    ☐ DIST. CR. NO. 3:22-mj-01092-BT *SEALED*    USDJ Magistrate Judge Rebecca Rutherford

UNITED STATES OF AMERICA     §   _Walt Junker_, AUSA

v.     §   ☐

§   _Tim Menchu_ ☐

STEPHEN ALEXANDER BOYLES (1)     §   COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE   ☐ IDENTITY   ☐ BOND HEARING   ☐ PRELIMINARY HEARING
☐ DETENTION HEARING   ☐ COUNSEL DETERMINATION HEARING   ☐ REMOVAL HEARING   ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT   ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 11/29/2022   ☐ SURRENDER _____
☐ RULE 5/32   ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES   ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☐ PRELIMINARY HEARING ☑ RULE 5/32 HEARING ☐ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE ☐ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED. WRITTEN ORDER TO FOLLOW.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 30 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

6

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

SEP 2 1 2022

JAMIE GIANI, Clerk

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:22CR50058-001-004 |
| VS. | ) |
| | ) |
| STEPHEN ALEXANDER BOYLES; -001 | ) 18 U.S.C. § 2 |
| PEDRO JOSE MENDEZ GARZA- 002 | ) 18 U.S.C. § 1956(a)(3)(B), |
| a/k/a "Ricky," a/k/a "Pedro Mendez," | ) 18 U.S.C. § 1956(h) |
| a/k/a "Ricardo Garcia Plomaro"; | ) 21 U.S.C. § 841(a)(1) |
| BRANDON LEE GARZA -003 | ) 21 U.S.C. § 841(b)(1)(A)(ii)(II) |
| a/k/a "Juan," a/k/a "Juan Carlos," a/k/a "J"; | ) 21 U.S.C. § 841(b)(1)(B)(ii)(II) |
| DANIEL PHAM LE -004 | ) 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as December 29, 2020, and continuing to on or about August 3, 2022, in the Western District of Arkansas, and elsewhere, the Defendants, **STEPHEN ALEXANDER BOYLES; PEDRO JOSE MENDEZ GARZA a/k/a "Ricky," a/k/a "Pedro Mendez," a/k/a "Ricardo Garcia Plomaro"; BRANDON LEE GARZA a/k/a "Juan," a/k/a "Juan Carlos," a/k/a "J"; and DANIEL PHAM LE,** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury to distribute a mixture or substance that contained a detectible amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 846.

1

**Quantity of Controlled Substance Involved in the Conspiracy**

With respect to Defendants, **STEPHEN ALEXANDER BOYLES and PEDRO JOSE MENDEZ GARZA** the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is more than five hundred (500) grams of a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(B)(ii)(II).

With respect to Defendant **BRANDON LEE GARZA** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him is five (5) kilograms or more of a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

With respect to Defendant **DANIEL PHAM LE**, there is no allegation of a specific amount of cocaine involved in the conspiracy.

## COUNT TWO

On or about February 27, 2021, in the Western District of Arkansas, Hot Springs Division, the Defendants, **STEPHEN ALEXANDER BOYLES and PEDRO JOSE MENDEZ GARZA,** aided and abetted by each other, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about April 10, 2021, in the Western District of Arkansas, Hot Springs Division, the Defendants, **STEPHEN ALEXANDER BOYLES and PEDRO JOSE MENDEZ GARZA,** aided and abetted by each other, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR

Beginning on or about April 10, 2021, and continuing on to August 4, 2021, in the Western District of Arkansas, Hot Springs and Fayetteville Divisions, and elsewhere, the Defendants, **STEPHEN ALEXANDER BOYLES and PEDRO JOSE MENDEZ GARZA**, did knowingly combine, conspire, and agree with each other and with other persons known and unknown to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce involving property represented by a law enforcement informant to be proceeds of specified unlawful activity, to wit: Distribution of Cocaine in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(3)(B).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT FIVE

On or about August 3, 2022, in the Western District of Arkansas, Fayetteville Division, the Defendant, **DANIEL PHAM LE,** did knowingly possess with intent to distribute a controlled substance, namely, five (5) kilograms or more of a mixture or substance that contained a detectible amount of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, the Defendants, **STEPHEN ALEXANDER BOYLES; PEDRO JOSE MENDEZ GARZA a/k/a "Ricky," a/k/a "Pedro Mendez," a/k/a "Ricardo Garcia Plomaro"; BRANDON LEE GARZA a/k/a "Juan," a/k/a "Juan Carlos," a/k/a "J"; and DANIEL PHAM LE,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

    a. A money judgment;

    b. 2015 Mercedes Benz S 550, VIN# WDDUG8CB9FA082487;

    c. 2018 Mercedes Benz AMG GT C, VIN# WDDYJ8AAOJA019123;

    d. 2018 Toyota Tacoma, VIN# 5TFCZ5AN8JX143152.

Moreover, if any property subject to forfeiture, as a result of any act or omission by the Defendant(s):

    (a) Cannot be located upon the exercise of due diligence;

    (b) Has been transferred or sold to, or deposited with a third party;

    (c) Has been placed beyond the jurisdiction of the court;

    (d) Has been substantially diminished in value; or

    (e) Has been commingled with other property which cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A True Bill.

/s/ Grand Jury Foreperson
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By _____
Brandon Carter
Assistant United States Attorney
Arkansas Bar Number 2005241
414 Parker Avenue
Fort Smith, AR 72901
Phone: (479) 494-4075
Email: brandon.t.carter@usdoj.gov

Case 3:22-mj-01092-BT *SEALED* Document 7 Filed 12/06/22 Page 1 of 1 PageID 10
Case 5:22-cr-50058-TLB Document 27-1 Filed 12/06/22 Page 14 of 14 PageID 610

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:22-mj-01092-BT *SEALED* |
| | § | |
| v. | § | |
| | § | |
| STEPHEN ALEXANDER BOYLES (1) | § | Charging District's Case No. 5:22-cr-50058 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the (name of other court) Western Dist. of Arkansas, Fayetteville Division.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 39th day of November, 2022

X _____
Defendant's Signature

_____
Signature of defendant's attorney

Ta Nencho
Printed name of defendant's attorney

14

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 29 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

STEPHEN ALEXANDER BOYLES (01)

NO. 3:22-MJ-1092-BT

## MOTION FOR DETENTION AND CONTINUANCE

The United States moves for pre-trial detention of defendant, **Stephen Alexander Boyles**, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

   ____ Crime of violence (18 U.S.C. §3156);

   ____ Maximum sentence life imprisonment or death

   _X_ 10 + year drug offense

   ____ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   _X_  Serious risk obstruction of justice

   ____ Felony involving a minor victim

   ____ Felony involving a firearm, destructive device, or any other dangerous weapon

   ____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention and Continuance - Page 1**

15

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u> X </u> Defendant's appearance as required

    <u> X </u> Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will invoke the rebuttable presumption against defendant because (check one or both):

    <u> X </u> Probable cause to believe defendant committed 10+ year drug offense or firearms offense,

    _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

    _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

    _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    _____ At first appearance

    <u> X </u> After continuance of <u> 3 </u> days (not more than 3).

DATED this 29th day of November, 2022.

**Motion for Detention and Continuance - Page 2**

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Walt M. Junker*
WALT M. JUNKER
Assistant United States Attorney
Texas State Bar No. 24038115
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: walt.junker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on the 29th day of November, 2022.

*/s/ Walt M. Junker*
WALT M. JUNKER
Assistant United States Attorney

**Motion for Detention and Continuance - Page 3**

```
MIME-Version:1.0
From:ecf_txnd@txnd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Magistrate Judge Rebecca Rutherford (ashley_maddox@txnd.uscourts.gov,
blake_glatstein@txnd.uscourts.gov, douglass_brown@txnd.uscourts.gov,
erin_elms@txnd.uscourts.gov, joseph_glatstein@txnd.uscourts.gov,
judge_rutherford_ecfdocs@txnd.uscourts.gov, lavenia_price@txnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:14429682@txnd.uscourts.gov
Subject:Activity in Case 22-1092 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

**If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Click here to see Judge Specific Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.**

**U.S. District Court**

**Northern District of Texas**

**Notice of Electronic Filing**

The following transaction was entered on 12/1/2022 at 2:13 PM CST and filed on 12/1/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:22–mj–01092–BT *SEALED* |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**ELECTRONIC ORDER terminating [6] Motion for Detention and Continuance as to Stephen Alexander Boyles. (Ordered by Magistrate Judge Rebecca Rutherford on 12/1/2022) (mcrd)**

**3:22–mj–01092–BT *SEALED*–1** No electronic public notice will be sent because the case/entry is sealed.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 30 2022
CLERK, U.S. DISTRICT COURT
By_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § Case No. 3:22-mj-01092-BT *SEALED* |
| | § Other Dist. Docket No. 5:22-cr-50058 |
| v. | § Charge Pending: |
| | § Western District of Arkansas |
| STEPHEN ALEXANDER BOYLES (1) | § Fayetteville Division |

**REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1**
**AND ORDER ENTERED THEREON**

The defendant is charged in the above-referenced district with the offense of conspiracy to distribute more than 500 grams of a mixture or substance that contained a detectable amount of cocaine. Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

**Rule 5(c)(3)** ☑ **Transfer**

☑ The government has produced a copy of the warrant, and

☑ The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☑ The defendant waived identity hearing.

  ☐ An identity hearing was conducted, and the defendant's identity was established.

☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

**Rule 5.1:** **Preliminary Hearing**

☑ No preliminary hearing is necessary because the defendant is charged by indictment.

☐ The defendant waived a preliminary hearing.

☐ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

  ☐ There is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ There is NOT probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)** **Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

19

☐     The defendant waived a detention hearing.

☑     The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐     The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

    ☐     The defendant should be detained.

    ☐     The defendant should be released on bond.

---

### ORDER ENTERED ON THE FOREGOING REPORT

TO: UNITED STATES MARSHAL

☑     You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐     It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐     It is ORDERED that this defendant be discharged.

DATE: November 30, 2022.

_____
United States Magistrate Judge

(Use Other Side for Return)