# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Stephen Alexander Boyles<br>_Defendant_ | )<br>)<br>)   Case No.  5:22-cr-50058-001<br>)<br>)<br>) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

   The defendant must appear at:  John Paul Hammerschmidt Federal Building, 35 E. Mountain Street, Room 509
   _____
                                                                _Place_
   Fayetteville, Arkansas

   on                                         3/6/2023 9:00 am
      _____
                                                             _Date and Time_

   If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

If is further ordered that the defendant be released provided that the defendant executes an unsecured bonding binding the defendant to pay the United States the sum of $5,000.00  in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed

AO 199B (Rev. 05/2022) Additional Conditions of Release                                                                 Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                                    Signed: _____       _____
                                                *Custodian*                    *Date*

( ■ )  (7)  The defendant must:
  ( ■ )  (a)  submit to supervision by and report for supervision to the  US Probation Office _____ ,
              telephone number  (479) 442-9892 , no later than _____ .
  ( ■ )  (b)  continue or actively seek employment.
  ( ☐ )  (c)  continue or start an education program.
  ( ■ )  (d)  surrender any passport to:  US Probation
  ( ■ )  (e)  not obtain a passport or other international travel document.
  ( ■ )  (f)  abide by the following restrictions on personal association, residence, or travel:  Travel is restricted to the Northern District of Texas unless given prior approval from the pretrial services office ( travel to the Western District of Arkansas is approved for court purposes only)
  ( ■ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including:  Avoid all contact with any victims, witnesses, co-defendants, or co-conspirators including Pedro Jose Mendez Garza & Daniel Pham Le

  ( ☐ )  (h)  get medical or psychiatric treatment: _____

  ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
              or the following purposes: _____

  ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
  ( ■ )  (k)  not possess a firearm, destructive device, or other weapon.
  ( ■ )  (l)  not use alcohol ( ☐ ) at all ( ■ ) excessively.
  ( ■ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  ( ■ )  (n)  the defendant shall not purchase, possess, use, distribute or administer marijuana or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition 7(m) with respect to marijuana only. If the defendant is currently in possession of a medical marijuana card, he/she will turn it over immediately to the probation office.
  ( ■ )  (o)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
  ( ■ )  (p)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
  ( ☐ )  (q)  participate in one of the following location restriction programs and comply with its requirements as directed.
      ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
      ( ☐ )  (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

AO 199B (Rev. 05/2022) Additional Conditions of Release          Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
- ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
- ( ☐ ) (r) submit to the following location monitoring technology and comply with its requirements as directed:
  - ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - ( ☐ ) (ii) Voice Recognition; or
  - ( ☐ ) (iii) Radio Frequency; or
  - ( ☐ ) (iv) GPS.
- ( ☐ ) (s) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.
- ( ■ ) (t) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( ■ ) (u) Report to the United States Probation Office in the Northern District of Texas for pretrial service supervision

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 05 2023

JAMIE GIANI, Clerk
By
Deputy Clerk

_____
Defendant's Signature

Dallas, TX
_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 1/5/2023

_____
Judicial Officer's Signature

Christy D. Comstock, United States Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL