IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO.:     5:22-CR-50058-001         USA v. STEPHEN ALEXANDER BOYLES

COURT PERSONNEL:                            APPEARANCES:

Judge:      TIMOTHY L. BROOKS               Govt.: BRANDON CARTER

Clerk:      SHERI CRAIG                     Deft.: JOHN GUSSIO – AARON WILEY

Reporter:   PAULA BARDEN

## SENTENCING MINUTE SHEET

On this date the above named Defendant appeared in person and with counsel for sentencing.

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.

CRIMINAL NO.:   5:22-CR-50058-001

- (X) Court proceeded to impose sentence as follows:

  27 months imprisonment; 3 years supervised release; $7,500.00 fine imposed - interest waived.

- (X) Defendant ordered to comply with standard conditions of supervised release.

- (X) Defendant ordered to comply with the special conditions of supervised release set forth in the Judgment, as well as:

  1. The Defendant shall submit to inpatient or outpatient substance abuse testing, evaluation, counseling, and/or treatment, as deemed necessary and as directed by the U.S. Probation Office.

  2. The Defendant shall not purchase, possess, use, distribute, or administer marijuana or obtain or possess a medical marijuana card or prescription. If the Defendant is currently in possession of a medical marijuana card, he will turn it over immediately to the probation office.

  3. The Defendant shall submit his person, residence, place of employment and vehicle to a search to be conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner based on a reasonable suspicion that evidence of any violation of conditions of supervised release might thereby be disclosed.

- (X) Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

- (X) Counts 2, 3, and 4 dismissed on motion by the Government.

- (X) Defendant advised of appeal rights.

- (X) Defendant remanded to custody of USMS.

DATE:  December 18, 2023                    Proceeding began: 10:35 am

                                                                  ended: 12:07 pm